# Velva L. Price
## Travis County District Clerk
**Travis County Courthouse Complex**
**P.O. Box 679003**
**Austin, Texas 78767-9003**



July 20, 2015


Mr. Jeffrey D. Kyle
Third Court of Appeals
P.O. Box 12547
Austin, Texas 78711-2547

Dear Mr. Kyle,

A supplemental clerk's record in cause number, D-1-GN-15000374 and Court of Appeals number 03-15-00368-CV, styled, LAURA PRESSLEY V. GREGORIO "GREG" CASAR, is due in your office today, July 20, 2015.  Due to the size of the clerk's record, it is necessary to split the record into three (3) volumes and hand number the second volume. Therefore, I am requesting an extension for filing the supplemental clerk's record by July 27, 2015.

Thank you for your consideration.

If you have any questions, please contact me at (512) 854-4309

Sincerely,

Trish Winkler
Deputy Court Clerk II
(512) 854-4309